ORIGINAL

Francis T. Barnwell, OSB No. 841623
fbarnwell@bullardlaw.com
Daniel R. Barnhart, OSB No. 952062
dbarnhart@bullardlaw.com
Bullard Smith Jernstedt Wilson
200 SW Market Street, Suite 1900
Portland, OR 97201
503-248-1134/Telephone
503-224-8851/Facsimile

Attorneys for Defendant Fred Meyer Stores, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| LETICIA GUERRERO, | Case No. 3:10-CV-305-KI |
| Plaintiff, | **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| FRED MEYER STORES, INC., a foreign corporation, | |
| Defendant. | |

Plaintiff Leticia Guerrero, defendant Fred Meyer Stores, Inc., and the U.S. Bankruptcy Trustee for Case No. 11-60074-tmb7, by their attorneys, hereby stipulate to the dismissal of the above-referenced lawsuit with prejudice and without attorney fees or costs

///

///

Page 1   STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

1424/330 00335070 v 1

to any party, and to the entry of judgment accordingly.

IT IS SO STIPULATED this 1st day of December, 2011:

| STEWART & LUCAS PC | BULLARD SMITH JERNSTEDT WILSON |
|---|---|
| By _____ | By _____ |
| Jack L. Stewart, OSB No. 914421 | Daniel R. Barnhart, OSB No. 95206 |
| 503-507-6710/Telephone | 503-248-1134/Telephone |
| 503-364-6735/Facsimile | 503-224-8851/Facsimile |
| jlstewart@stewartlucas.com | dbarnhart@bullardlaw.com |
| Attorneys for U.S. Bankruptcy Trustee Victoria Clear, Case No. 11-60074 | Attorneys for Defendant Fred Meyer Stores, Inc. |

_____
LETICIA GUERRERO, Plaintiff

It is so ordered this __13__ day of __Dec.__, 2011.

_____
~~Magistrate~~ Judge Garr M. King

Page 2   STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

1424/330 00335070 v 1